FILED
08 APR -3 PM 12:04
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CV 08 1789

Edrick L. Brown
(Name of Plaintiff)

5905 Lake Earl Dr
(Address of Plaintiff)

Court of Appeals No. C-49234
(Case Number)

Superior Court Nos. 03F01514
03F04051

RMW

(PR)

vs.

COMPLAINT

Plaintiff needs appointed counsel for representation in federal writ/appeal

United States District Court for the Northern District
U.S Courthouse
450 Golden Gate Avenue
San Francisco, CA. 94102-3482
(Names of Defendants)

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☑ No

B. If your answer to A is yes, how many?: 0 Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff N/A

Defendants N/A

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County) N/A

3. Docket Number N/A

4. Name of judge to whom case was assigned N/A

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition NA

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution? ☑ Yes ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint? ☐ Yes ☑ No

If your answer is no, explain why not They told me that this is not in their grievance guidelines... the gave me things to submit to this court

C. Is the grievance process completed? ☑ Yes ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant US Courthouse is employed as Federl Courts of appeals. at 450 Golden Gate Avenue

B. Additional defendants

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

I have no funds to purchase a lawyer to do my federal writ/appeal and I have absolutely no knowledge of the law.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Appoint me counsel to argue my issues to the federal court system.

Signed this March day of 27, 2008.

[signature]
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

3-27-08
(Date)

[signature]
(Signature of Plaintiff)



Edrick Brown
V70186 A2-227
P.O. Box 7500
Crescent City, CA. 95532
Pelican Bay State Prison

Legal Mail Post

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.58⁰
0004217666 MAR 28 2008
MAILED FROM ZIP CODE 95531

Us Courthouse
450 Golden Gate Avenue
San francisco, CA. 94102

PELICAN BAY
AD-SEG, UNIT A-2

94102$3661 C004