Edrick Brown
(Petitioner)

Robert A. Horel
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
A FORMA PAUPERIS

RMW

I, Edrick Brown, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes _____   No ✓

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.
   
   N/A

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.
   
   7/31/07  amount of salary was Thirteen cents an hour.

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes___  No ✓
   b. Rent payments, interest or dividends?               Yes___  No ✓
   c. Pensions, annuities or life insurance payments?     Yes___  No ✓
   d. Gifts or inheritances?                              Yes___  No ✓
   e. Any other sources? Prison industries jobs           Yes ✓   No___

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.
   
   AB1 Tutor, received about five dollars a month.

3. Do you own any cash, or do you have money in a checking or savings account?   Yes___   No ✓
   (Include any funds in prison accounts)
   
   If the answer is yes, state the total value of the items owned.   N/A

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
CV - 69 (5/98)                                                    Page 9 of 10

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes ___    No ✓

If the answer is yes, describe the property and state its approximate value. N/A

j. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. N/A

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.
Executed on 9-16-07
(Date)

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ -0- on account to his credit at the Pelican Bay State Prison institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records said institution
N/A

DATED 9-17-07

_____
Authorized Officer of Institution

Correctional Counselor
Title of Officer

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY
CV-69 (5/98)    Page 10 of 10