*E-FILED - 7/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDRICK L. BROWN, | ) | No. C 08-1789 RMW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL WITHOUT PREJUDICE; DENYING INCOMPLETE MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | ) | |
| ROBERT A. HOREL, | ) | |
| Respondent. | ) | (Docket No. 2) |

Petitioner, a state prisoner proceeding pro se, filed the instant habeas corpus petition pursuant to 28 U.S.C. § 2254 on April 3, 2008. On that same day, the court sent a notification to petitioner informing him that his in forma pauperis application was incomplete because he failed to include a copy of a certificate of funds signed by an authorized prison officer and a trust account statement showing transactions for the prior six months. The court provided a copy of the correct in forma pauperis application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee or file a completed application with supporting documentation within thirty days. No response has been received from petitioner.

As petitioner has not filed a completed in forma pauperis application or paid the filing fee, this case is DISMISSED without prejudice. Petitioner's incomplete in forma

1 | pauperis motion (docket no. 2) is DENIED.

2 |     The clerk shall terminate any pending motions and close the file.

3 |     IT IS SO ORDERED.

4 | DATED:  7/1/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge